UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES F. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 10-276-B-W |
| | ) |
| MAINE DEPT. OF HEALTH AND | ) |
| HUMAN SERVICES, | ) |
| | ) |
| Defendants. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 11, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED for plaintiff's failure to prosecute in a timely fashion.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2010